[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 23, 2008
THOMAS K. KAHN
CLERK

No. 07-15058

D. C. Docket No. 04-00321 CV-CG-B

ARGO SYSTEMS FZE,

Plaintiff-Appellant,

versus

LIBERTY INSURANCE PTE. LTD,
MARINE INSURANCE SERVICES PTE. LTD,
DEWITT STERN GROUP, INC.,
DEWITT STERN, IMPERATORE, LTD.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

**(May 23, 2008)**

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

Appellant Argo Systems FZE ("Argo") appeals the district court's order granting Appellees Liberty Insurance Pte. Ltd. ("Liberty") and Marine Insurance Services PTE. Ltd.'s ("MIS") motion to dismiss for lack of personal jurisdiction and the district court's judgment entered in favor of Appellee DeWitt Stern, Imperatore, Ltd. ("DeWitt" or "DSI") on Argo's professional negligence and negligent misrepresentation claims.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that there is no merit to any of the arguments Argo makes in this appeal. Accordingly, we affirm the district court's order granting Liberty and MIS's motion to dismiss for lack of personal jurisdiction. Moreover, we affirm the district court's judgment entered in favor of DeWitt after a bench trial on Argo's professional negligence and negligent misrepresentation claims.

**AFFIRMED.**

_____

*Honorable Harvey E. Schlesinger, United States District Court for the Middle District of Florida, sitting by designation.

2